# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00205-CV

**In re GTECH Corporation**

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

## M E M O R A N D U M   O P I N I O N

Based on a joint motion to abate to allow the parties to finalize a settlement agreement reached in the underlying case, we abated this original proceeding on May 5, 2023, and requested a status report or motion to dismiss or reinstate on or before November 1, 2023. The parties filed responses in December 2023, March 2024, June 2024, and September 2024. In their latest response that was filed on September 16, 2024, they requested 90 more days. On September 20, 2024, this Court requested that the parties file a joint status report or a motion to dismiss or reinstate on or before December 16, 2024. The Court further advised the parties that the failure to do so may result in the dismissal of this original proceeding. To date, the parties have not responded as requested by the Court. Thus, we reinstate this original proceeding and dismiss it. *See* Tex. R. App. P. 42.3(c).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Filed:   January 15, 2025